# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1265    Short Title: CMP v ME Comm'n on Gov't

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Central Maine Power Company _____ as the

[ ] appellant(s)    [✓] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Nolan L. Reichl
Signature

3/25/2024
Date

Nolan L. Reichl
Name

Pierce Atwood LLP
Firm Name (if applicable)

207-791-1100
Telephone Number

254 Commercial Street
Address

207-791-1350
Fax Number

Portland, ME  04101
City, State, Zip Code

nreichl@pierceatwood.com
Email (required)

Court of Appeals Bar Number: 1148010

Has this case or any related case previously been on appeal?

[✓] No    [ ] Yes    Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).