# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1265        **Short Title:** CMP v. ME Comm'n on Gov't

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Maine Commission on Governmental Ethics and Election Practices, (see attached sheet)        as the

[✔] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Paul E. Suitter                              3/25/2024
Signature                                        Date

Paul E. Suitter
Name

Office of the Maine Attorney General             (207) 626-8800
Firm Name (if applicable)                        Telephone Number

6 State House Station                            (207) 287-3145
Address                                          Fax Number

Augusta, ME 04333-0006                           paul.suitter@maine.gov
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1180455

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Additional Appellants:  William J. Schneider
David R. Hastings, III
Sarah E. LeClaire
Dennis Marble
Stacey D. Neumann
Aaron Frey