# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1265          Short Title: CMP v. ME Comm'n on Gov't

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Protect Maine Elections _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)       [ ] intervenor(s)

s/ Peter L. Murray                           March 25, 2024
Signature                                    Date

Peter L. Murray
Name

Murray, Plumb & Murray                       207 523-8220
Firm Name (if applicable)                    Telephone Number

75 Pearl Street                              207 773-8023
Address                                      Fax Number

Portland, ME 04101                           pmurray@mpmlaw.com
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 19204

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

===================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print          Reset