# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1265            **Short Title:** CMP v. ME Comm'n on Gvt.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Versant Power and ENMAX Corp.</u> as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

<u>/s/ Paul McDonald</u>               <u>3/26/2024</u>
Signature                              Date

<u>Paul McDonald</u>
Name

<u>Bernstein Shur</u>                  <u>207-774-1200</u>
Firm Name (if applicable)              Telephone Number

<u>100 Middle Street West Tower</u>    <u>207-774-1127</u>
Address                                Fax Number

<u>Portland, ME  04101</u>             <u>pmcdonald@bernsteinshur.com</u>
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: <u>1134033</u>

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).