# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1265     **Short Title:** CMP v. ME Comm'n on Gvt.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Versant Power and ENMAX Corp.     as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ John A. Woodcock III          3/26/2024
Signature                         Date

John A. Woodcock III
Name

Bernstein Shur                    207-774-1200
Firm Name (if applicable)         Telephone Number

100 Middle Street West Tower      207-774-1127
Address                           Fax Number

Portland, ME  04101               jwoodcock@bernsteinshur.com
City, State, Zip Code             Email (required)

Court of Appeals Bar Number: 1176849

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).