# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1265     **Short Title:** CMP v. ME Comm'n on Gvt.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Versant Power and ENMAX Corp.</u> as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ John A. Woodcock III</u>     <u>3/26/2024</u>
Signature     Date

<u>John A. Woodcock III</u>
Name

<u>Bernstein Shur</u>     <u>207-774-1200</u>
Firm Name (if applicable)     Telephone Number

<u>100 Middle Street West Tower</u>     <u>207-774-1127</u>
Address     Fax Number

<u>Portland, ME  04101</u>     <u>jwoodcock@bernsteinshur.com</u>
City, State, Zip Code     Email (required)

Court of Appeals Bar Number: <u>1176849</u>

Has this case or any related case previously been on appeal?

[✔] No     [ ] Yes    Court of Appeals No. _____

=================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).