# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1265     **Short Title:** CMP v. ME Comm'n on Gov't

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
<u>Maine Press Association, Maine Association of Broadcasters</u> as the

[ ] appellant(s)         [✔] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

<u>/s/ Sigmund D. Schutz</u>          <u>3/27/2024</u>
Signature                              Date

<u>Sigmund D. Schutz</u>
Name

<u>Preti Flaherty Beliveau & Pachios LLP</u>     <u>207-791-3247</u>
Firm Name (if applicable)                        Telephone Number

<u>One City Center</u>                            <u>207-791-3111</u>
Address                                          Fax Number

<u>Portland, ME 04101</u>                         <u>sschutz@preti.com</u>
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: <u>80591</u>

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).