# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 24-1265          **Short Title:** Central Maine Power v. ME Comm'n on Gov't Ethics and Election Practices

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from February 29, 2024
   2. Date this notice of appeal filed March 15, 2024
      If cross appeal, date first notice of appeal filed_____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
   4. Date of entry of order deciding above post-judgment motion_____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
      Time extended to_____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?   [ ] Yes   [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   [ ] Yes   [✓] No
         If yes, explain_____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   [✓] Yes   [ ] No
         If yes, explain Appeal under 28 U.S.C. §1292(a)(1) from entry of preliminary injunction

C. Has this case previously been appealed?   [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
   If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party _See attached._____
      Attorney_____
      Address_____
      Telephone_____

   2. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

   3. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name _See attached._____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   2. Appellant's name_____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

    Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Jonathan R. Bolton
Date  March 29, 2024

## ATTACHMENT

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

| | |
|---|---|
| Adverse Party: | Central Maine Power Company |
| Attorney: | Joshua Dunlap |
| | Katherine E. Cleary |
| | Nolan L. Reichl |
| Address: | Pierce Atwood LLP, 254 Commercial Street, Portland, ME 04101 |
| Telephone: | (207) 791-1100 |

| | |
|---|---|
| Adverse Party: | Maine Press Association |
| | Maine Association of Broadcasters |
| Attorney: | Alexandra A. Harriman |
| | Sigmund D. Schutz |
| Address: | Preti Flaherty, One City Center, P.I. Box 9546, Portland, ME, 04112-9546 |
| Telephone: | (207) 791-3000 |

| | |
|---|---|
| Adverse Party: | Versant Power |
| | Enmax Corporation |
| Attorney: | John A. Woodcock, III |
| | Paul McDonald |
| Address: | Bernstein Shur, 100 Middle Street, P.O. Box 9729, Portland, ME 04104-5029 |
| Telephone: | (207) 228-7115 |

| | |
|---|---|
| Adverse Party: | Jane P. Pringle |
| | Kenneth Fletcher |
| | Bonnie S. Gould |
| | Brenda Garrand |
| | Lawrence Wold |
| Attorney: | Timothy C. Woodcock |
| Address: | Eaton Peabody, P.O. Box 1210, Bangor, ME 04402 |
| Telephone: | (207) 947-0111 |

G. List name(s) and addresses of appellant(s) who filed this notice of appeal and appellant's counsel. Attached additional page if necessary.

|   |   |
|---|---|
| Appellant's name: | Maine Commission on Governmental Ethics and Election Practices |
|  | William J. Schneider |
|  | David R. Hastings, III |
|  | Sarah E. LeClaire |
|  | Dennis Marble |
|  | Stacey D. Neumann |
| Address: | 135 State House Station, Augusta, ME  04333 |
| Telephone: | (207) 287-4179 |

|   |   |
|---|---|
| Appellant's name: | Aaron Frey |
| Address: | Office of the Maine Attorney General, 6 State House Station, Augusta, ME 04333-0006 |
| Telephone: | (207) 626-8800 |

|   |   |
|---|---|
| Attorney's Name: | Jonathan R. Bolton |
|  | Paul E. Suitter |
| Firm: | Office of the Maine Attorney General |
| Address: | 6 State House Station, Augusta, ME 04333-0006 |
| Telephone: | (207) 626-8800 |