# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: Central Maine Power Company, et al v. Maine Commission on Governmental Ethics and Election Practices, et al

District Court Case No.: 1:23-cv-00450-NT    District of Maine

Date Notice of Appeal filed: 03/15/2024    Court of Appeals Case No.: 24-1265

Form filed on behalf of: Appellants Maine Commission on Governmental Ethics and Election Practices, et al.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ✔

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)

## TRANSCRIPT ORDER

Name of Court Reporter: 
Phone Number of Reporter: 

A. ____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: Jonathan R. Bolton    Filer's Signature: /s/ Jonathan R. Bolton

Firm/Address: Office of the Maine Attorney General, 6 SHS, Augusta, ME 04333    Filer's Email address: jonathan.bolton@maine.gov

Telephone number: (207) 626-8800    Date mailed to court reporter: 

(Court Reporter Use ONLY) Date received: 

Form CA1-10 (6/09/09)    SEE INSTRUCTIONS ON REVERSE