# United States Court of Appeals
## For the First Circuit

No. 24-1265

CENTRAL MAINE POWER COMPANY; VERSANT POWER; ENMAX CORPORATION; MAINE PRESS ASSOCIATION; MAINE ASSOCIATION OF BROADCASTERS; JANE P. PRINGLE, individually and in her capacity as a registered voter and elector; KENNETH FLETCHER, individually and in his capacity as a registered voter and elector; BONNIE S. GOULD, individually and in her capacity as a registered voter and elector; BRENDA GARRAND, individually and in her capacity as a registered voter and elector; LAWRENCE WOLD, individually and in his capacity as a registered voter and elector,

Plaintiffs - Appellees,

v.

MAINE COMMISSION ON GOVERNMENTAL ETHICS AND ELECTION PRACTICES; WILLIAM J. SCHNEIDER, in his official capacity as Chairman of the Maine Commission on Governmental Ethics and Election Practices; DAVID R. HASTINGS, III, in his official capacity as a Member of the Maine Governmental Ethics and Election Practices; SARAH LECLAIRE, in her official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; DENNIS MARBLE, in his official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; STACEY D. NEUMANN, in her official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; AARON M. FREY, in his official capacity as Attorney General for the State of Maine,

Defendants - Appellants.

**ORDER OF COURT**

Entered: June 12, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Central Maine Power Company, Enmax Corporation, Kenneth Fletcher, Brenda Garrand, Bonnie S. Gould, Maine Association of Broadcasters, Maine Press Association, Jane Pringle, Versant Power, and Lawrence Wold to file a brief be enlarged to and including **July 24, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jonathan Richard Bolton
John C. Bonifaz
Peter J. Brann
Katherine E. Cleary
Ben T. Clements
Scott D. Dolan
Joshua D. Dunlap
Alexandra A. Harriman
Courtney M. Hostetler
Thomas A. Knowlton
Tara Malloy
Amira Marcella Mattar
Megan Patricia McAllen
Paul McDonald
Peter L. Murray
Nolan L. Reichl
Sigmund D. Schutz
Paul Suitter
KatieLynn B. Townsend
Sean R. Turley
John Alden Woodcock III
Timothy C. Woodcock