# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 24-1265          **Short Title:** Central Maine Power Co. v.
Maine Comm'n on Governmental Ethics & Election Prac.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Free Speech For People _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Amira Mattar _____          6/14/2024 _____
Signature                                                          Date

Amira Mattar _____
Name

Free Speech For People _____          (617) 564-0464 _____
Firm Name (if applicable)                                Telephone Number

48 N. Pleasant St, Suite 304 _____          _____
Address                                                          Fax Number

Amherst, MA 01002 _____          amattar@freespeechforpeople.org ___
City, State, Zip Code                                    Email (required)

Court of Appeals Bar Number: 1211903 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).