# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 24-1265    **Short Title:** CMP v. Maine Commission

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

New England Legal Foundation                                                                as the

[ ] appellant(s)         [ ] appellee(s)         [✔] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)


/s/ Ben Robbins                                   July 2, 2024
Signature                                         Date

Ben Robbins
Name

New England Legal Foundation          617 695-3660
Firm Name (if applicable)             Telephone Number

333 Washington Street, Suite 850      _____
Address                                Fax Number

Boston, MA 02108                       brobbins@newenglandlegal.org
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: 35639

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).