

**AARON M. FREY**
ATTORNEY GENERAL

TEL: (207) 626-8800
TTY USERS CALL MAINE RELAY 71

STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0006

REGIONAL OFFICES
84 HARLOW ST. 2ND FLOOR
BANGOR, MAINE 04401
TEL: (207) 941-3070
FAX: (207) 941-3075

125 PRESUMPSCOT ST., STE. 26
PORTLAND, MAINE 04103
TEL: (207) 822-0260
FAX: (207) 822-0259

14 ACCESS HIGHWAY, STE. 1
CARIBOU, MAINE 04736
TEL: (207) 496-3792
FAX: (207) 496-3291

October 17, 2024

**VIA CM/ECF E-FILING**

Maria R. Hamilton, Clerk
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2500
Boston, MA  02210

    Re:    *Central Maine Power Company, et al v. Maine Commission on Governmental Ethics and Election Practices, et al.*
           Case No. 24-1265

Dear Ms. Hamilton:

    I represent the defendants-appellants in the above action. I write pursuant to Fed. R. App. P. 28(j) to bring to the Court's attention a pertinent and significant authority that came to my attention following oral argument on October 9, 2024.

    During oral argument, Judge Aframe inquired about the origins of the definition of "foreign government" contained in 21-A M.R.S. § 1064(1)(D) (the "Act"), a provision of the Act that has not been challenged. Following argument, it came to my attention that this definition tracks almost verbatim the definition of "government of a foreign country" in 22 U.S.C. § 611(e), part of the Foreign Agents Registration Act. The only differences between the two definitions are non-substantive:

- the federal law uses the phrase "[s]uch term shall include any faction . . ." whereas the Act provides "[f]oreign government includes any faction . . .";
- the federal law uses the construction "whether . . . has or has not been," while the Act uses the construction "whether or not . . . has been"; and
- the two statutes' use of commas vary slightly.

We appreciate the Court's consideration of the above.

Very truly yours,

*/s/ Jonathan R. Bolton*
JONATHAN R. BOLTON
Assistant Attorney General

JRB/lsf
cc:    All Counsel of Record (via ECF/CMF system)