UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

CENTRAL MAINE POWER
COMPANY et al.,

        Plaintiffs-Appellees,

v.

MAINE COMMISSION ON
GOVENMENTAL ETHICS AND
ELECTION PRACTICES et al.,

        Defendants-Appellants.

No. 24-1265

**DEFENDANTS'-APPELLANTS' MOTION TO AMEND CAPTION**

Defendants-Appellants hereby give notice that Stacey D. Neumann, who was a defendant-appellant in this appeal in her official capacity as a member of the Maine Commission on Governmental Ethics and Election Practices, is no longer a member of the Commission. Beth N. Ahearn assumed office as a new member of the Commission in October 2024. Pursuant to Fed. R. App. P. 43(c)(2), Commissioner Ahearn, as Commissioner Neumann's successor, "is automatically substituted as a party." State Defendants therefore respectfully request that the caption in this case be updated to remove Stacey D. Neumann as a defendant-appellant and to add Beth N. Ahearn, in her official capacity, as a defendant-appellant. Plaintiff-appellees have consented to this request.

DATED:  January 2, 2025

AARON M. FREY
Attorney General

/s/ Jonathan R. Bolton
JONATHAN R. BOLTON
PAUL SUITTER
Assistant Attorneys General
6 State House Station
Augusta, Maine 04333-0006
Tel.  (207) 626-8800
Fax (207) 626-8518
jonathan.bolton@maine.gov
paul.suitter@maine.gov

*Attorneys for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will distribute a copy of the document to all counsel of record.

DATED:  January 2, 2025                         AARON M. FREY
                                                Attorney General

                                                /s/ Jonathan R. Bolton
                                                JONATHAN R. BOLTON
                                                Assistant Attorneys General
                                                6 State House Station
                                                Augusta, Maine 04333-0006
                                                Tel.  (207) 626-8800
                                                Fax (207) 626-8518
                                                jonathan.bolton@maine.gov

                                                *Attorney for Defendants-Appellants*