**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

CENTRAL MAINE POWER
COMPANY *et al.*,

      Plaintiffs-Appellees,

v.

MAINE COMMISSION ON
GOVERNMENTAL ETHICS AND
ELECTION PRACTICES *et al.*,

      Defendants-Appellants.

**No. 24-1265**

**Motion to Withdraw as Counsel of Record**

*Amicus curiae* Free Speech For People respectfully moves, pursuant to Federal Rules of Appellate Procedure 27 and Local Rule 12.0(b), to withdraw Amira Mattar as counsel of record in the above-captioned case. Effective July 3, 2025, Mrs. Mattar will no longer work at Free Speech For People. *Amicus curiae* will continue to be represented by John Bonifaz, Ben Clements, and Courtney Hostetler of Free Speech For People.

Dated: July 2, 2025

                    Respectfully submitted,

                    */s/ Amira M. Mattar*
                    Amira Mattar (#1211903)
                    FREE SPEECH FOR PEOPLE

28 S. Main St, Suite 200
Sharon, Massachusetts 02067
(617) 244-0234
amattar@freespeechforpeople.org


*Counsel for* Amicus Curiae

# CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of July, 2025, a true and correct copy of the above and foregoing has been filed and served electronically on all counsel of record via the Court's CM/ECF system.

/s/ Amira Mattar
Amira Mattar
FREE SPEECH FOR PEOPLE
28 S. Main St, Suite 200
Sharon, Massachusetts 02067
(617) 244-0234
amira@freespeechforpeople.org

*Counsel for* Amicus Curiae